# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHRIS AND RORY BADURA, *et al.* * | |
| Plaintiffs, * | |
| | Case Number: 2:07-CV-56 |
| v. * | Honorable Robert E. Maxwell |
| INTRAWEST RESORTS, INC, *et al.* * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Plaintiffs Chris and Rory Badura, *et al.* (collectively referred to as "Plaintiffs") and Defendants Intrawest Resorts, Inc., Morgan-Keller, Inc., Rust Orling Architecture, Seneca Development Company, LLC, and Leisura Developments, LLC (collectively referred to as "Defendants"), by their undersigned attorneys, move for a thirty (30) day extension of the time during which Defendants have to file a responsive pleading to Plaintiffs' Complaint and, in support thereof, states as follows:

1. The Plaintiffs filed the Complaint on July 13, 2007.

2. The parties previously filed a Stipulation for Extension of Time stipulating that the responsive pleadings were to be filed on or before October 12, 2007.

3. The parties have engaged in preliminary discussions, including the possibility of an early mediation of claims.

4. The parties have not yet had the opportunity to evaluate fully the issues or discuss the claims sufficient to schedule a mediation.

92037_1

5.  The parties believe that a thirty (30) day extension of the time during which Defendants have to file a responsive pleading to Plaintiffs' Complaint will facilitate the identification of issues and claims.

6.  This Consent Motion to Extend Time to file Responsive Pleading is made in good faith and no prejudice will result from the requested extension of time.

7.  Counsel for all parties have authorized Morgan-Keller's counsel to execute this Consent Motion to Extend Time to file Responsive Pleading on their behalf.

Respectfully submitted,

/s/ James A. Varner, Sr.
James A. Varner, Sr. (W.Va. Bar Id No. 3853)
James N. Riley (W.Va. Bar Id No. 3111)
Debra Tedeschi Herron (W.Va. Bar Id No. 6501)
McNeer, Highland, McMunn & Varner, LC
400 West Main Street, P.O. Drawer 2040
Clarksburg, West Virginia 26302-2040
(304) 626-1100

John E. Busch (W.Va. Bar Id No. 557)
Richard T. Busch (W.Va. Bar Id No. 8964)
Busch, Zurbuch & Thompson, PLLC
High and Court Streets, P.O. Box 1819
Elkins, West Virginia 26241
(304) 636-3560

Attorneys for Plaintiffs

/s/ Stephen M. LaCagnin
Stephen M. LaCagnin
(W.Va. Bar Id No. 2118)
Parween S. Mascari
(W.Va. Bar Id No. 9437)
Jackson Kelly PLLC
150 Clay Street, Suite 500
P.O. Box 619
Morgantown, West Virginia 26507-0619
(304) 284-4100

**Of Counsel:**

John W. Hays
Daniel G. Grove
Jackson Kelly PLLC
175 E. Main Street, Suite 500
Lexington, Kentucky 40507
(859) 288-2843

Attorneys for Intrawest Resorts, Inc.,
Seneca Development Company, LLC,
and Leisura Developments, LLC

92037_1

/s/ Christopher B. Power
Christopher B. Power (W.Va. Bar Id No. 4286)
Mychal S. Schulz (W.Va. Bar Id No. 6092)
Dinsmore & Shohl LLP
Huntington Square
900 Lee Street, Suite 600
Charleston West Virginia 25301
(304) 357-0900

**Of Counsel:**

John Anthony Wolf
Michael A. Schollaert
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

Attorneys for Morgan-Keller, Inc.

/s/ John McCuskey
John McCuskey (W.Va. Bar Id No. 2431)
William Slicer (W.Va. Bar Id No. 5177)
Jack Hoblitzell (W.Va. Bar Id No. 9346)
Shuman, McCuskey & Slicer, PLLC
Suite 200, 1411 Virginia Street, East
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400

**Of Counsel:**

Thomas S. Schaufelberger
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922
(202) 295-6609

Attorneys for Rust Orling Architecture

IT IS SO ORDERED this 11th day of October, 2007:

_____
Judge, U.S. District Court-Northern District of West Virginia

92037_1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHRIS AND RORY BADURA, *et al.*   *

      Plaintiffs,   *

                              Case Number: 2:07-CV-56
v.   *   Honorable Robert E. Maxwell

INTRAWEST RESORTS, INC, *et al.*   *

      Defendants.   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY hereby certify that on the 10th day of October, 2007, I electronically filed the foregoing Consent Motion to Extend Time to File Responsive Pleading using the CM/ECF system, which will send notification of such filing to the following:

    James A. Varner, Sr., Esquire
    James N. Riley, Esquire
    Debra Tedeschi Herron, Esquire
    McNeer, Highland, McMunn & Varner, LC
    400 West Main Street, P.O. Drawer 2040
    Clarksburg, West Virginia 26302-2040

    John E. Busch, Esquire
    Richard T. Busch, Esquire
    Busch, Zurbuch & Thompson, PLLC
    High and Court Streets, P.O. Box 1819
    Elkins, West Virginia 26241

    Attorneys for Plaintiffs

    Stephen M. LaCagnin, Esquire
    Parween S. Mascari, Esquire
    Jackson Kelly PLLC
    150 Clay Street, Suite 500
    P.O. Box 619
    Morgantown, West Virginia 26507-0619

92037_1

John W. Hays, Esquire
Daniel G. Grove, Esquire
Jackson Kelly PLLC
175 E. Main Street, Suite 500
Lexington, Kentucky 40507

Attorneys for Intrawest Resorts, Inc., Seneca Development Company, LLC, and Leisura Developments, LLC


John McCuskey, Esquire
William Slicer, Esquire
Jack Hoblitzell, Esquire
Shuman, McCuskey & Slicer, PLLC
Suite 200, 1411 Virginia Street, East
Post Office Box 3953
Charleston, West Virginia 25339

Thomas S. Schaufelberger, Esquire
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922

Attorneys for Rust Orling Architecture

/s/ Christopher B. Power
Christopher B. Power (W.Va. Bar Id No. 4286)
Mychal S. Schulz (W.Va. Bar Id No. 6092)
Dinsmore & Shohl LLP
Huntington Square
900 Lee Street, Suite 600
Charleston West Virginia 25301

**Of Counsel:**

John Anthony Wolf
Michael A. Schollaert
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Attorneys for Morgan-Keller, Inc.