FILED
NOV 15 2007
U.S. DISTRICT COURT
ELKINS WV 26241

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHRIS AND RORY BADURA, *et al.*

    Plaintiffs,

v.

INTRAWEST RESORTS, INC, *et al.*

    Defendants.

Case Number: 2:07-CV-56
Honorable Robert E. Maxwell

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Plaintiffs Chris and Rory Badura, *et al.* (collectively referred to as "Plaintiffs") and Defendants Intrawest Resorts, Inc., Morgan-Keller, Inc., Rust Orling Architecture, Seneca Development Company, LLC, and Leisura Developments, LLC (collectively referred to as "Defendants"), by their undersigned attorneys, move for a ten (10) day extension of the time during which Defendants have to file a responsive pleading to Plaintiffs' Complaint and, in support thereof, state as follows:

1. The Plaintiffs filed the Complaint on July 13, 2007.

2. The parties previously filed a Stipulation for Extension of Time stipulating that the responsive pleadings were to be filed on or before October 12, 2007.

3. Thereafter, the parties agreed to an addition extension of time rendering responsive pleadings due on November 12, 2007.

4. The parties have engaged in preliminary discussions, including the possibility of an early mediation of claims.

5. The parties have not yet had the opportunity to evaluate fully the issues or discuss the claims sufficient to schedule a mediation.

6. The parties believe that an additional ten (10) business day extension of the time during which Defendants have to file a responsive pleading to Plaintiffs' Complaint will facilitate the identification of issues and claims.

7. This Consent Motion to Extend Time to file Responsive Pleading is made in good faith and no prejudice will result from the requested extension of time.

8. Counsel for all parties have authorized Intrawest Resorts Inc.'s counsel to execute this Consent Motion to Extend Time to file Responsive Pleading on their behalf.

Respectfully submitted,

| | |
|---|---|
| /s/ Debra Tedeschi Herron w/permission | /s/ Parween S. Mascari |
| James A. Varner, Sr. (W.Va. Bar Id No. 3853) | Stephen M. LaCagnin |
| James N. Riley (W.Va. Bar Id No. 3111) | (W.Va. Bar Id No. 2118) |
| Debra Tedeschi Herron (W.Va. Bar Id No. 6501) | Parween S. Mascari |
| McNeer, Highland, McMunn & Varner, LC | (W.Va. Bar Id No. 9437) |
| 400 West Main Street, P.O. Drawer 2040 | Jackson Kelly PLLC |
| Clarksburg, West Virginia 26302-2040 | 150 Clay Street, Suite 500 |
| (304) 626-1100 | P.O. Box 619 |
| | Morgantown, West Virginia 26507-0619 |
| | (304) 284-4100 |
| John E. Busch (W.Va. Bar Id No. 557) | **Of Counsel:** |
| Richard T. Busch (W.Va. Bar Id No. 8964) | |
| Busch, Zurbuch & Thompson, PLLC | John W. Hays |
| High and Court Streets, P.O. Box 1819 | Daniel G. Grove |
| Elkins, West Virginia 26241 | Jackson Kelly PLLC |
| (304) 636-3560 | 175 E. Main Street, Suite 500 |
| *Attorneys for Plaintiffs* | Lexington, Kentucky 40507 |
| | (859) 288-2843 |
| | *Attorneys for Intrawest Resorts, Inc., Seneca Development Company, LLC, and Leisura Developments, LLC* |

/s/ Mychal S. Schulz w/permission
Christopher B. Power (W.Va. Bar Id No. 4286)
Mychal S. Schulz (W.Va. Bar Id No. 6092)
Dinsmore & Shohl LLP
Huntington Square
900 Lee Street, Suite 600
Charleston West Virginia 25301
(304) 357-0900

**Of Counsel:**

John Anthony Wolf
Michael A. Schollaert
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
*Attorneys for Morgan-Keller, Inc.*

/s/ Jack Hoblitzell w/permission
John McCuskey (W.Va. Bar Id No. 2431)
William Slicer (W.Va. Bar Id No. 5177)
Jack Hoblitzell (W.Va. Bar Id No. 9346)
Shuman, McCuskey & Slicer, PLLC
Suite 200, 1411 Virginia Street, East
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400

**Of Counsel:**

Thomas S. Schaufelberger
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922
(202) 295-6609
*Attorneys for Rust Orling Architecture*

IT IS SO ORDERED this 15th day of November, 2007:

_____
Judge, U.S. District Court-Northern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHRIS AND RORY BADURA, *et al.*   *

      Plaintiffs,   *

                              Case Number: 2:07-CV-56
v.                      *   Honorable Robert E. Maxwell

INTRAWEST RESORTS, INC, *et al.*   *

      Defendants.   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2007, I electronically filed the foregoing Consent Motion to Extend Time to File Responsive Pleading using the CM/ECF system, which will send notification of such filing to the following:

    James A. Varner, Sr., Esquire
    James N. Riley, Esquire
    Debra Tedeschi Herron, Esquire
    McNeer, Highland, McMunn & Varner, LC
    400 West Main Street, P.O. Drawer 2040
    Clarksburg, West Virginia 26302-2040

    John E. Busch, Esquire
    Richard T. Busch, Esquire
    Busch, Zurbuch & Thompson, PLLC
    High and Court Streets, P.O. Box 1819
    Elkins, West Virginia 26241
    ***Attorneys for Plaintiffs***

    Christopher B. Power (W.Va. Bar Id No. 4286)
    Mychal S. Schulz (W.Va. Bar Id No. 6092)
    Dinsmore & Shohl LLP
    Huntington Square
    900 Lee Street, Suite 600
    Charleston, West Virginia 25301
    (304) 357-0900

**Of Counsel:**

John Anthony Wolf
Michael A. Schollaert
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
***Attorneys for Morgan-Keller, Inc.***


John McCuskey, Esquire
William Slicer, Esquire
Jack Hoblitzell, Esquire
Shuman, McCuskey & Slicer, PLLC
Suite 200, 1411 Virginia Street, East
Post Office Box 3953
Charleston, West Virginia 25339

**Of Counsel:**

Thomas S. Schaufelberger, Esquire
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922
***Attorneys for Rust Orling Architecture***

/s/Parween S. Mascari
W.Va. Bar Id No. 9437)