# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 12 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

CHRIS AND RORY BADURA, et al.

    Plaintiff(s),

    v.                           Civil NO: 2:07-CV-56

INTRAWEST RESORTS, INC. et al.

    Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of John W. Hays, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 2-12-08

_____
United States District Judge